UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06553-GAF (OP) | Date | June 28, 2012 |
|---|---|---|---|
| Title | Lazaro Coreas, Jr. V. Deputy Barragan, et al. | | |

| Present: The Honorable | OSWALD PARADA, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **IN CHAMBERS: ORDER TO SHOW CAUSE**

On October 18, 2011, Lazaro Coreas, Jr. ("Plaintiff") filed a <u>pro se</u> Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). (ECF No. 3.) On November 29, 2010, the Court ordered service of the Complaint. (ECF Nos. 5,6.) On February 24, 2012, Deputy Edwin Barragan ("Defendant") filed a Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 17.) On May 10, 2012, the Court issued a Memorandum and Order Dismissing the Complaint with Leave to Amend, allowing Plaintiff to file a First Amended Complaint ("FAC"). (ECF No. 21.) To date, Plaintiff has not filed the FAC. On June 4, 2012, Plaintiff filed a letter with the Court but did not address the FAC. (ECF No. 22.)

Accordingly, Plaintiff is ordered to show cause no later than July 27, 2012, why this case should not be dismissed for failure to prosecute. Plaintiff's failure to file the FAC or failure to otherwise respond to this OSC by July 27, 2012, shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc: All Parties of Record

| | |
|---|---|
| I hereby certify that this Minute Order was served by First Class mail postage prepaid to Plaintiff, L. Coreas Jr., at his address of record; and sent electronically "NEF" toRespondent Counsel's E-mail address of record, this action on this date.<br><br>Dated:  June 28, 2012<br><br>J. Holmes  /s/<br>**DEPUTY CLERK** | Initials of deputy clerk   jh-relief |