JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAZARO COREAS, JR., | ) | Case No. CV 11-6553-GAF (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| DEPUTY EDWIN BARRAGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Complaint is hereby dismissed without prejudice.

DATED: January 16, 2013

_____
HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge